IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCELL L. DOZIER,        No. C 05-4099 SI

    Plaintiff,        **ORDER TO SHOW CAUSE RE: WHY CASE SHOULD NOT BE DISMISSED**

  v.

JOANNE B. BARNHART,

    Defendant.
                                      /

On January 30, 2006, defendant filed a motion to dismiss for lack of jurisdiction. Plaintiff's opposition was due by March 2, 2006, however plaintiff has not filed an opposition nor has plaintiff filed a request for an extension.

By **March 29, 2006**, plaintiff must file (1) an opposition to the motion to dismiss, (2) a request for an extension of time, with a declaration by counsel attesting to the good cause for an extension, or (3) a request for dismissal. **If plaintiff fails to comply with this order, the Court shall dismiss this action for failure to prosecute.**

    **IT IS SO ORDERED.**

Dated: March 20, 2006

                                                                             SUSAN ILLSTON
                                                                             United States District Judge

*United States District Court*
*For the Northern District of California*