IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL L. DOZIER, | No. C 05-04099 SI |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| JOANNE B. BARNHART, | |
| Defendant. | |

On March 21, 2006, this Court issued an order to show cause directing plaintiff to file an opposition to defendant's motion to dismiss by March 29, 2006. Plaintiff has failed to comply with the March 21, 2006 order, and has not filed any documents in this case since October 11, 2005. Accordingly, the Court DISMISSES this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 16, 2006

SUSAN ILLSTON
United States District Judge